UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rena M. Hymans, | Civ. No. 22-2983 (JWB/TNL) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Warden Segal, | |
| Respondent. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung dated February 2, 2023. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The February 2, 2023 Report and Recommendation (Doc. No. 11) is **ACCEPTED**;

2. Petitioner Rena M. Hymans's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

2

Date: March 23, 2023  *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge